In the Matter of the Petition of CHRISTOPHER PRINCE to Vacate an Assessment.

(Argued April 17, 1883 ; decided April 24, 1883.)

*John C. Shaw* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of GERSHOM SEIXAS to Vacate an Assessment.

(Argued April 17, 1883 ; decided April 24, 1883.)

*John C. Shaw* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

ELLA L. WINTON, Respondent, *v.* WALTER W. WINTON, Appellant.

(Argued April 17, 1883 ; decided April 24, 1883.)

*B. F. Sawyer* for appellant.

*Edward P. Wilder* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.